**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01035-CV

**EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants**

**V.**

**DAVID POTTER, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00570**

## ORDER

On February 4, 2015, this Court ordered abatement of this case to allow the parties to complete a settlement agreement. In our Order, we stated the appeal was to be reinstated by March 2, 2015, or upon motion by the parties, whichever occurred sooner. Because the parties have requested we reverse and remand this case pursuant to a settlement agreement, we reinstate this appeal.

/s/     ELIZABETH LANG-MIERS
        JUSTICE